1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LE'TAXIONE,

         Plaintiff,

  v.

CHRISTOPHER BABCOCK, et al.,

         Defendants.

CASE NO. C19-5251 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13        This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 32, and

15  Plaintiff Le'Taxione's ("Plaintiff") objections to the R&R, Dkt. 33.

16        On January 28, 2020, Judge Creatura issued the R&R recommending that the

17  Court dismiss the complaint without prejudice for failure to properly serve the complaint.

18  Dkt. 32. On February 10, 2020, Plaintiff filed objections. Dkt. 33.

19        The district judge must determine de novo any part of the magistrate judge's

20  disposition that has been properly objected to. The district judge may accept, reject, or

21  modify the recommended disposition; receive further evidence; or return the matter to the

22  magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

In this case, the Court agrees with Judge Creatura that the complaint should be dismissed without prejudice for failure to timely attempt service. On April 4, 2019, Plaintiff filed the complaint and paid the filing fee. Since that time, he has failed to submit proper documents to the Clerk in order to receive summonses in pursuit of properly serving his complaint. On three separate occasions, Judge Creatura directed Plaintiff to complete the necessary paperwork and serve the complaint. Dkts. 9, 14, 29. Plaintiff's failure to complete these tasks within ten months establishes a failure to prosecute. Plaintiff, however, objects arguing that it is unclear how to prosecute such a complex case and again requesting the appointment of counsel. Dkt. 33. The Court concludes that service is not a complex activity, especially when Judge Creatura set forth specific instructions on how to accomplish the task. Therefore, the Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED without prejudice**; and

(3) The Clerk shall enter a JUDGMENT and close the case.

Dated this 4th day of May, 2020.

BENJAMIN H. SETTLE
United States District Judge